1
2
3
4
5
6

CENTER FOR DISABILITY ACCESS
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

7
8
9
10
11
12

Jean Kwon, Esq. (SBN: 256456)
John Heath, Esq. (SBN: 290475)
YONSEI LAW FIRM
1021 S. Union Ave.
Los Angeles, CA 90015
Phone No.: (213) 480-0348
Fax No.: (213) 480-0350
polykwon1987@gmail.com
Attorneys for Defendant
Family First Enterprises, Inc.

13
14

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

15

ANTONIO FERNANDEZ,

Case: 2:22-cv-02211-AB-AFM

16

Plaintiff,

17

v.

18

FAMILY FIRST ENTERPRISES, INC., a

19

California Corporation

20

Defendants.

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

21
22
23
24
25
26
27
28

1

1

2

3

## **STIPULATION**

4    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED

5  by and between the parties hereto that this action may be dismissed with prejudice as to

6  all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is

7  made as the matter has been resolved to the satisfaction of all parties.

8

9  Dated: October 25, 2022        CENTER FOR DISABILITY ACCESS

10

11                    By: _/s/ Amanda Seabock_____
                              Amanda Seabock

12                            Attorneys for Plaintiff

13  Dated: 9/12/2022          YONSEI LAW FIRM

14

15                    By: _____
                        John Heath

16                        Attorney for Defendant
                        Family First Enterprises, Inc.

17

18

19

20

21

22

23

24

25

26

27                    **SIGNATURE CERTIFICATION**

28                                2

Joint Stipulation for Dismissal                    Case: 2:22-cv-02211-AB-AFM